1
LYSSA S. ANDERSON
Nevada Bar No. 5781
2
RYAN W. DANIELS
Nevada Bar No. 13094
3
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
4
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
5
Fax: (702) 796-7181
landerson@kcnvlaw.com
6
rdaniels@kcnvlaw.com

7
***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

8

9
UNITED STATES DISTRICT COURT

10
DISTRICT OF NEVADA

11
ANDREW W. PATTON, an individual,

CASE NO.: 2:18-cv-02193-JCM-GWF

12
                    Plaintiff,
vs.

13
LAS VEGAS METROPOLITAN POLICE

**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

14
DEPARTMENT, a political subdivision of
Clark County, Nevada; UNIVERSITY

15
MEDICAL CENTER OF SOUTHERN
NEVADA, a political subdivision of the State

(First Request)

16
of Nevada; NAPHCARE, INC., an Alabama
corporation; DOE OFFICERS I through X,

17
individually, and in their official capacity; and
DOES XI through XX, and ROE

18
CORPORATIONS XXI through XXX,
inclusive,

19
                    Defendants.

20

21
        Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its

22
counsel, Kaempfer Crowell, and Andrew W. Patton ("Plaintiff"), by and through his counsel,

23
Mitchell Bisson, Esq. of Callister Law Group hereby respectfully submit this Stipulation,

24
Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

(the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Complaint.

LVMPD was served with Plaintiff's Complaint on November 21, 2018. The instant extension is requested as LVMPD's Counsel requires additional time to prepare a responsive pleading to the Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including December 26, 2018, for LVMPD to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 12th day of December, 2018.

KAEMPFER CROWELL

CALLISTER LAW GROUP

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
**Attorneys for Las Vegas**
**Metropolitan Police Department**

By: /s/ Mitchell S. Bisson
MITCHELL S. BISSON
Nevada Bar No. 11920
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
**Attorneys for Plaintiff**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _12-13-2018_____